UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN A. MANN and CONNIE J. MANN,<br><br>                Plaintiffs,<br><br>   v.<br><br>CENTRAL MORTGAGE COMPANY, its successors in interest and/or assigns; UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, FEDERAL HOUSING ADMINISTRATION UNITED STATES OF AMERICA, FARM SERVICE AGENCY FKA FARMERS HOME ADMINISTRATION; HORIZON CREDIT UNION; and any persons or parties claiming to have any right, title, estate, lien or complaint.<br><br>                Defendants. | NO: 14-CV-0050-TOR<br><br>ORDER OF DISMISSAL |

Federal Rule of Civil Procedure 4(m) provides that a complaint must be served upon a defendant within 120 days of filing. Rule 4(m) also governs the

ORDER OF DISMISSAL ~ 1

procedure that a district court must follow in the event that service is not completed within 120 days:

> If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Plaintiff filed a Complaint in this case on February 14, 2014. ECF No. 1. Summonses were issued to all Defendants (ECF No. 2); however, there has been no further activity in this case. On September 9, 2014, the Court issued an Order for Plaintiff to show cause as to why this matter should not be dismissed. ECF No. 3. Plaintiff has submitted no response to the Court's Order to Show Cause and has not shown that Defendants were served within 120 days of the filing of the Complaint.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice. The District Court Executive is hereby directed to enter this Order, furnish a copy to Plaintiffs at their last known address, and **CLOSE** the file.

**DATED** October 15, 2014.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2